Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Miami Division

|  |  |
|---|---|
| Brandy L Bond<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>PepsiCo, Miami Beach Police Department, Officer<br>Haugen, Dr. Jadiyer Olga Acosta, Mount Sinai<br>Medical Center, Jesta Group (Clevelander Hotel)<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No<br><br>FILED BY _____ D.C.<br><br>FEB 2 5 2020<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brandy L Bond |
| Street Address | 213 W Wabash Ave |
| City and County | Waukesha |
| State and Zip Code | Wisconsin |
| Telephone Number | 414-915-3935 |
| E-mail Address | tvbrandy@icloud.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Officer Haugen/ Miami Beach Police Department |
| Job or Title *(if known)* | Miami Beach Police Officer |
| Street Address | 1100 W Washington |
| City and County | Miami Beach |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | Mount Sinai Medical Center/ Dr. Jadiyer Olga Acosta |
| Job or Title *(if known)* | Doctor |
| Street Address | 4302 Alton Rd Ste 820 |
| City and County | Miami |
| State and Zip Code | Florida |
| Telephone Number | 305-674-2916 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1983 Civil Rights

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)*  Brandy Bond                         , is a citizen of the
State of *(name)*  Wisconsin                         .

b.    If the plaintiff is a corporation
The plaintiff, *(name)*                          , is incorporated
under the laws of the State of *(name)*                          ,
and has its principal place of business in the State of *(name)*
                         .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)*                          , is a citizen of
the State of *(name)*    Florida                         . Or is a citizen of
*(foreign nation)*                          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)*   Jesta Group, Eric Aintab/PepsiCo  , is incorporated under the laws of the State of *(name)*   Florida  , and has its principal place of business in the State of *(name)*   Clevelander/ Pepsi Cola  .

Or is incorporated under the laws of *(foreign nation)*     ,

and has its principal place of business in *(name)*   Florida  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  6.6 Million dollars in court cost, medical bills, legal fees and pain and suffering

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

see attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On Friday, January 29th 2020 while attending a party at the Clevelander Hotel, Miami Beach Florida located at 1020 Ocean Drive Miami Beach Florida. Sponsored by Pepsi advertised on local television FOX6 news in Milwaukee Wisconsin and by airplane flyer on South Beach.

After being served six shots of tequila in under an hour, that were believed to be drugged by a doctor at Mount Sinai Hospital.

Wisconsin resident Brandy Bond begin to hallucinate and feel strange after noticing a Caucasian female crouched over in a corner. Brandy Bond approached the female to assist her and while attempting to get help from the Clevelander security guard Brandy Bond was walked across Ocean Drive to a group of police officers who begin to question her about where the other prostitutes were in the prostitution group that she arrived in Miami with. It is then believed that the police illegally searched through Brandy Bond's phone and unconstitutionally arrested her under the Baker act taking Brandy Bond to Mount Sinai hospital. Upon being processed into Mount Sinai hospital doctors then explained to Brandy Bond that she was a human trafficking victim and she needed to stay in Mount Sinai hospital for her own safety Brandy Bond was then held at Mount Sinai hospital for two days drugged against her will and refused access to attorneys or

religious counsel. And later lied and changed reports claiming that Bond

voluntarily brought herself to Mount Sinai hospital and asked to be committed.

Brandy Bond an up-and-coming app developer, artist and designer and was in

Miami to meet with real estate developers and further study a new design of golf

shoe for women.  It is the Pro Se claim that under the 1983 civil rights act the

Clevelander hotel, The Pepsi-Cola Corporation, Mount Sinai Hospital, and the

Miami Police Department  acted irresponsibly and with negligence causing

permanent mental trauma, and physical harm due to the malice discrimination of

the Clevelander security.  Brandy Bond is seeking $6.6 million in relief due to the

mental setback  caused by the Clevelander hotel, Mount Sinai Hospital and the

Miami police department. As their joint discrimination makes it hard for an

African-American female to travel and or be a business owner in America.

 As this discrimination has caused permanent mental damage, accrued thousands

of dollars of medical bills, potential legal bills and the need for future security

precautions as well as trauma treatment with an licensed professional.

furthermore the Miami Beach police department, The Clevelander hotel and

Mount Sinai medical hospital slandered Brandy Bond's name and defamed her

character on permanent legal documents. It is requested that they take

responsibility and make the plaintiff whole for this liable.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

6.6 Million Dollars

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        02/25/2020

Signature of Plaintiff

Printed Name of Plaintiff       Brandy Bond

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address